IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01812-BNB

ALBERT JOEL ABEYTA,

    Plaintiff,

v.

DAVID YARIAN,
COLORADO DEPARTMENT OF CORRECTIONS, and
DR. TIMOTHY CREANY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -2 2011

GREGORY C. LANGHAM
                CLERK

ORDER OF DISMISSAL

Plaintiff, Albert Joel Abeyta, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Fremont Correctional Facility in Cañon City, Colorado. Mr. Abeyta initiated this action by submitting *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

On July 15, 2011, Mr. Abeyta was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and ordered to pay an initial partial filing fee of $10.00 within thirty days or show cause as directed why he was unable to do so. Mr. Abeyta has failed, within the time allowed, to pay the initial partial filing fee, show cause why he is unable to do so, or otherwise communicate with the Court in any way.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice

pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Albert Joel Abeyta, within the time allowed, to pay the initial partial filing fee or show cause why he is unable to do so, and for his failure to prosecute.

DATED at Denver, Colorado, this  2nd  day of    September    , 2011.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01812-BNB

Albert Joel Abeyta
Prisoner No. 119057
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on September 2, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk